| | |
|---|---|
| 1 | Katherine A. Klimkowski (SBN 263099) |
| 2 | kaklimkowski@JonesDay.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612<br>Telephone: (949) 851-3939 |
| 5 | Facsimile:  (949) 553-7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION |
| 7 | SOLUTIONS, INC. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRT J. HOPSON, an individual, | Case No. LACV 11-05071 JAK (AGRx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IS HEREBY STIPULATED by and between Plaintiff Kirt Hopson ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against defendant Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each side shall bear his or its own attorneys' fees and costs incurred herein.

IT IS SO STIPULATED.

IRI-31076v1

| | | |
|---|---|---|
| 1 | Dated: December 13, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Katherine A. Klimkowski* |
| 4 | | Katherine A. Klimkowski |
| 5 | | Counsel for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: December 13, 2011 | |
| 9 | | |
| 10 | | By: */s/ Kirt J. Hopson* |
| 11 | | Kirt J. Hopson |
| 12 | | Counsel In Pro Se for Plaintiff |

IT IS SO ORDERED.

Dated: _____, 2011

HON. JOHN A. KRONSTADT

# CERTIFICATE OF SERVICE

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **December 13, 2011**, I served a copy of the **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** by electronic transmission.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on **December 13, 2011**, at Irvine, California.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski